```
                                              FILED
                                         2006 OCT -4 AM 9:45
                                         CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____RM_____DEPUTY
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-CR-0043-BEN |
| Plaintiff, | [PROPOSED] ORDER MODIFYING May 11, 2006 PROTECTIVE ORDER TO ALLOW SHARON K. WILKINSON, JOHN A. TORRES, MARY VATTIMO AND THEIR ATTORNEYS, DAMIANI LAW GROUP, THE SAN DIEGO COUNTY PUBLIC DEFENDER'S OFFICE, AND HAHN & ADEMA, RESPECTIVELY, ACCESS TO FEDERAL DISCOVERY |
| v. | |
| RONALD SAATHOFF (01), et al. | |
| Defendant(s). | |

GOOD CAUSE HAVING BEEN SHOWN, AND PURSUANT TO STIPULATION OF THE UNITED STATES OF AMERICA AND THE PARTIES AND COUNSEL NAMED THEREIN, IT IS HEREBY ORDERED AS FOLLOWS:

The first sentence of paragraph 1, at page 2, of the protective order, issued and filed by this court on May 11, 2006, shall be amended to read as follows:

"1.   All documents and other materials produced by the United States in criminal discovery in this case are for use by defense counsel, including Lisa J. Damiani of the Damiani Law Group for Sharon Wilkinson, Greg Maizlish of the Office of the Public Defender for John Torres, and David Hahn of Hahn & Adema for Mary Vattimo, and any persons engaged by defense counsel, for investigating, preparing for trial, trial and any appeals of this matter and the matter of <u>People of the State of California v. Cathy Lexin, et al.</u>, San Diego Superior Court Case No. CD 190930 and for no other purpose."

| | |
|---|---|
| 1 | All other provisions of the May 11, 2006 Protective Order shall remain in full force and |
| 2 | effect. Sharon K. Wilkinson, John A. Torres, Mary Vattimo and their counsel, Lisa J. Damiani |
| 3 | of the Damiani Law Group, Greg Maizlish of the Office of the Public Defender, and David |
| 4 | Hahn of Hahn & Adema agree to abide by all of the terms of the May 11, 2006 protective order. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: 10/03 , 2006 |

By: /s/
The Honorable **ROGER T. BENITEZ**,
United States District Court Judge