FILED
NOV - 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06CR0043-BEN |
| Plaintiff, | **ORDER AUTHORIZING PAYMENT OF EXTRAORDINARY DISCOVERY FEES** |
| vs. | (18 U.S.C. 3006A(e)(1)) |
| RONALD SAATHOF (1), CATHY LEXIN (2), TERESA WEBSTER (3), LAWRENCE GRISSOM (4), LORAINE CHAPIN (5), | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Copy Connection be allowed to submit their billing for Order # 7 and Orders # 9 - 18 for a total of $4,463.36 plus sales tax, in the above entitled case on a CJA-21 form for payment.

**IT IS SO ORDERED.**

DATED: 11/08/06

HON. ROGER T. BENITEZ
U.S. DISTRICT COURT JUDGE