1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR0043-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: PRODUCTION OF DOCUMENTS |
| v. | ) | |
| | ) | |
| RONALD SAATHOFF (1), | ) | |
| CATHY LEXIN (2), | ) | |
| TERESA WEBSTER (3), | ) | |
| LAWRENCE GRISSOM (4), | ) | |
| LORAINE CHAPIN (5), | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of the United States of America and pursuant to Rule 17(c)(1), Federal Rules of Criminal Procedure, it is hereby ordered as follows:

The Custodians of Records of SBC Pacific Bell Telephone Company and San Diego Wireless are directed to produce all records and documents which are subject to the Court's subpoenas (dated November 9, 2006) on January 23, 2007 at 1:30 p.m., at Courtroom A, 1st Floor, United States Courthouse, 940 Front Street, San Diego, California.

IT IS SO ORDERED.

DATED:  November 28, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court