FILED

2006 DEC 19 AM 10: 59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LORI CHAPIN,<br><br>   Defendant. | Case No. 06cr0043-BEN<br><br>**ORDER PERMITTING JOINDER IN DEFENDANT LEXIN'S MOTON TO RECONSIDER DENIAL OF MOTION TO COMPEL THE GOVERNMENT TO IDENTIFY *BRADY* MATERIAL** |

GOOD CAUSE APPEARING, the Court deems defendant Lori Chapin joined in Defendant Cathy Lexin's Motion to Reconsider the Denial of Motion to Compel the Government to Identify Brady Material (Document 256).

Dated: 12/18/06

Roger T. Benitez
United States District Court Judge